**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

M. L. C.,

                    Petitioner,

       v.

WARDEN, IRWIN COUNTY DETENTION
CENTER, *et al.*,

              Respondents.

Case No.: 7:26-cv-134-WLS-CHW

**NOTICE OF VOLUNTARY DISMISSAL**

## NOTICE OF VOLUNTARY DISMISSAL

1.    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner, Marcelino Lazaro Cordova, by and through undersigned counsel, hereby voluntarily dismisses the above-styled petition for writ of habeas corpus without prejudice.

2.    After the issuance of the Order of this Court, the Atlanta Immigration Court – Ted Turner Drive scheduled Petitioner for a bond hearing before an immigration judge scheduled for May 7, 2026.

3.    On May 7, 2026, the immigration judge conducted a bond hearing for Petitioner. At the conclusion of said bond hearing, the immigration judge denied the release of Petitioner.

4.    On July 3, 2026, a search of Petitioner was conducted on the U.S. Immigration and Customs Enforcement Online Detainee Locator System. The result of this search did not show that Petitioner presently remains in the custody of U.S. Immigration and Customs Enforcement.

DATED this 3rd of July 2026.

*//s// Colin Robert Nisbet*

SO ORDERED this  7th  day
of  July  2026

W. Louis Sands, Sr. Judge
United States District Court

Colin Robert Nisbet
Georgia Bar No. 193136
Wannamaker Crimmigration
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
Tel.: 470-749-9996
Fax: 404-990-4936
colin.nisbet@wannamakerglobal.com

*Attorney for Petitioner*

NOTICE OF VOLUNTARY DISMISSAL - 1